**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBEN DARIO MOSQUERA,<br><br>  Defendant. | Case No. 2:22-mj-00282-EJY<br><br>**Stipulation to Continue Trial**<br>**(First Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. This request for a continuance is made in good faith and is not intended to

delay the proceedings in the matter.

5. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for August 31, 2022, at the hour of 9:00 a.m. is hereby VACATED, and RESET for November 9, 2022, at 9:00 a.m., in Courtroom 3D.

DATED this 30th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE